UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
                                                  :

IN RE:                                              :   CASE NO.: 22-22259-shl
                                                 :
                                                 :   CHAPTER: 7

Jeffrey A. Nachman and Linda S. Nachman,    :
                                                 :   HON. JUDGE:
                                                 :   Sean H. Lane

Debtor.                                              :
---------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

Upon the motion, dated August 23, 2022, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests in 610 Quaker Road, Chappaqua, NY 10514 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on September 20, 2022 and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

      **ORDERED** that the Motion is granted as provided herein; and it is further

      **ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to the Movant's

interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that upon the entry of this Order, the unpaid portion of Movant's Proof of Claim, Claim No. 8, shall not be paid by the Chapter 7 Trustee; and it is further

~~**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $950.00 and costs in the amount of $188.00 as provided in the loan documents; and it is further~~ *[SHL]*

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

**Dated: November 2, 2022**             */s/ Sean H. Lane*
   **White Plains, New York**           **United States Bankruptcy Judge**